AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA, SAN FRANCISCO DIVISION |

Steven Dale Percelle
        Plaintiff (s),
V.
S. Pearson, D. Arredondo, M. Williams, et al
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 12-5343 TEH (PR)

Notice is hereby given that, subject to approval by the court, __Steven Dale Percelle__ substitutes
(Party (s) Name)

__William C Dresser__, State Bar No. __104375__ as counsel of record in
(Name of New Attorney)

place of __Plaintiff in pro per__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
- Firm Name: Law Office of William C Dresser
- Address: 4 North Second Street, Suite 1230, San Jose, CA 95113-1307
- Telephone: (408) 279-7529     Facsimile (408) 298-3306
- E-Mail (Optional):

FILED MAY 9 2013 RICHARD W. [WIEKING] CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I consent to the above substitution.
Date: 5/6/2013
*/s/ Steven D. Percelle*
(Signature of Party (s))

I consent to being substituted.
Date:
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/6/2013
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 5/8/13
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]