IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN DALE PERCELLE,**<br><br>Plaintiff,<br><br>v.<br><br>**S. PEARSON, et al.,**<br><br>Defendants. | Case No. C 12-5343 TEH (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO CHANGE TIME FOR DEFENDANTS TO FILE A REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

   Having reviewed the documents in support of Defendants' Stipulated Motion for an Extension of Time to File a Reply Brief in Support of Defendants' Motion to Dismiss, and pursuant to the parties' stipulation, Defendants' motion is GRANTED.  Defendants may file a reply brief in support of their motion to dismiss on or before May 31, 2013.

   **IT IS SO ORDERED.**


Dated:  05/20/2013  _____

The Honorable Thelton E. Henderson

1