IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN DALE PERCELLE,** | Case No. C 12-5343 TEH (PR) |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' SUBSTITUTION OF COUNSEL |
| v. | |
| **S. PEARSON, et al.,** | |
| Defendants. | |

Having reviewed Defendants' Notice of Substitution of Counsel, the Court GRANTS Defendants' substitution of attorney. Defendants' counsel of record is now Deputy Attorney General Giam M. Nguyen, and Deputy Attorney General Jennifer Nygaard withdraws as counsel of record.

Dated: 05/20/2013

The Honorable Thelton E. Henderson

*Judge Thelton E. Henderson*

1

[Proposed] Order Granting Defs.' Subst. of Counsel (C 12-5343 TEH (PR))