**United States District Court**
For the Northern District of California

1

2

3

4

5                      IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    STEVE DALE PERCELLE,                    No. C -12-05343 THE (EDL)

9              Plaintiff,                    **ORDER**

10      v.

11   S.  PEARSON,

12              Defendant.
     _____/

13

14         The District Judge ordered the parties to prepare a joint letter explaining their dispute

15   regarding redactions and referred that dispute and all further discovery matters to this Court.  (Dkt.

16   88.)  The parties are to file the joint letter by June 6, 2014.

17         **IT IS SO ORDERED**

18

19

20

21   Dated: May 27, 2014                     _____
                                             ELIZABETH D. LAPORTE
22                                           United States Magistrate Judge

23

24

25

26

27

28