IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE DALE PERCELLE,<br><br>    Plaintiff,<br><br>v.<br><br>S. PEARSON, et al.,<br><br>    Defendants. | No. C -12-05343 TEH (EDL)<br><br>**ORDER ON MOTION TO MAINTAIN REDACTIONS (DKT. 78)** |

    Defendants brought this motion to maintain redactions and confidentiality designations in documents they produced to Plaintiff bearing bates numbers AG000020-159 ("Gang Validation Package"). On July 8, 2014, the Court held a hearing at which Defendants agreed to, and the Court ordered, the production to Plaintiff of the names of the author and reviewer of the debriefing report contained within the Gang Validation Package, pursuant to the designation of "CONFIDENTIAL - ATTORNEY'S EYES ONLY." The Court also ordered further briefing from both Parties. (Dkt. 106.)

    Upon consideration of all the briefing submitted to the Court, oral argument, and in-camera review of the Gang Validation Package, the Court finds that Defendants' redactions to the Gang Validation Package are proper because they are necessary to safeguard the identity of the confidential informant and other individuals referenced in the document. (See Dkt. 77 (stipulated protective order requiring the redaction of "information of all non-Plaintiff inmates or parolees").) As Defendants persuasively argue, the disclosure of this information could jeopardize the safety of these individuals. In so holding, the Court "in no way suggests that Plaintiffs' counsel would reveal the identity of these individuals to their client. The [C]ourt only recognizes that accidental disclosures can happen and that the identity of these persons must be afforded the greatest

protection." Ashker v. Cate, No. 09-CV-5796 CW (NJV), 2013 WL 4026971, at *3 (N.D. Cal. July 12, 2013).

    Defendants' motion is hereby GRANTED. Defendants' redactions to documents bearing bates numbers AG000020-159 shall be maintained. Defendants' designation of document AG000030 as "Confidential" shall be maintained. Finally, Defendants' designation of documents AG000033-159 as "CONFIDENTIAL - ATTORNEY'S EYES ONLY" shall be maintained.

**IT IS SO ORDERED.**

Dated: July 28, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge