**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE DALE PERCELLE,

    Plaintiff,

  v.

S. PEARSON, et al.,

    Defendants.

No. 12-05343 TEH (EDL)

NOTICE OF TIME AND PLACE
OF HEARING ON MOTION TO QUASH

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a hearing regarding Respondent State of California's Motion to Quash Plaintiff's 30(B)(6) Deposition Subpoena (Dkt. 136) is set for October 28, 2014 at 2:00 p.m., in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

Dated: October 21, 2014

                                */s/ Elizabeth D. Laporte*
                              ELIZABETH D. LAPORTE
                              United States Chief Magistrate Judge