IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE DALE PERCELLE,<br><br>    Plaintiff,<br><br>  v.<br><br>S. PEARSON, et al.,<br><br>    Defendants. | Case No. 12-cv-05343 TEH (EDL)<br><br>**ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Notice is hereby given that the Court, on its own motion, vacates the hearing on Defendant's Motion to Compel [Dkt. 145] and no appearances are required. The parties will be served with the Court's Order deciding the motion.

**IT IS SO ORDERED.**

Dated: November 20, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge