IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Steven Dale Percelle, | No: C 12-5343 TEH (EDL) |
| Plaintiff, | Order Scheduling Hearing on Plaintiff's "Motion for Leave to File Second Amended Complaint" |
| vs. | |
| S. Pearson, D. Arredondo, M. Williams, R. White, S. Maughmer, J. Jefferson, M. Brode, and D. Fletcher, | |
| Defendants. | |
| _____/ | |

The Court, having considered the Administrative Motion for scheduling hearing on

Plaintiff's Motion for Leave to File Second Amended Complaint and for good cause

shown grants that motion.  The hearing shall be on July 20, 2015 at ~~9:00~~ 10:00 a.m. in

Courtroom ~~12~~ 2.  Defendant shall have until July 6, 2015 to file any opposition.  Plaintiff

shall have until July 8, 2015 to file any reply.

**IT IS SO ORDERED**:

Dated:  June <u>25</u>, 2015

_____
Hon. Thelton E. Henderson, Judge
United States District Court

Percelle\Pld\proOrderSchedule.622