UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE DALE PERCELLE,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN PEARSON, et al.,<br><br>  Defendants. | Case No.  12-cv-05343-TEH   (EDL)<br><br>**ORDER**<br><br>Re: Dkt. No. 204 |

On June 26, 2015, Plaintiff filed a motion for leave to reopen the deposition of Defendant Pearson.  As stated at the hearing, the Parties are ORDERED to file a joint letter attaching any documents that were produced to Plaintiff in May 2015 or later that Plaintiff contends demonstrate a need for reopening the deposition or that Defendant contends demonstrate that no such need exists.  The filing may be under seal to the extent that it contains attorneys' eyes only information.  Each side may attach no more than ten documents.  The joint letter shall contain no more than two pages of argument from each side explaining the basis for the Parties' contentions and shall be filed no later than August 14, 2015.

**IT IS SO ORDERED.**

Dated: July 21, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge