UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

STEVE DALE PERCELLE,

    Plaintiff,

v.

STEVEN PEARSON, et al.,

    Defendants.

Case No.  12-cv-05343-TEH (NJV)

**ORDER REGARDING SETTLEMENT CONFERENCE**

This case is set for a settlement conference on September 16, 2015, at 9:00 a.m.  In order to facilitate the settlement conference, Plaintiff's counsel shall arrange with Plaintiff's institution to have telephonic contact with Plaintiff during the settlement conference.  Defense counsel is asked to assist with this, as necessary.

**IT IS SO ORDERED**.

Dated: September 10, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge