UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE DALE PERCELLE,

Plaintiff,

v.

STEVEN PEARSON, et al.,

Defendants.

Case No. 12-cv-05343-TEH

**ORDER TO SHOW CAUSE**

The Court held a Case Management Conference on February 2, 2015, after which the Court issued an Order for Pretrial Preparation requiring, among other requirements, lead counsel to meet and confer on or before September 18, 2015, and to file a joint statement one week later, on September 25, 2015.  On September 25, 2015, Defendants filed a statement that the parties had not yet been able to meet and confer.

Accordingly, with good cause appearing, the parties are HEREBY ORDERED to SHOW CAUSE as to why the Court should not impose monetary or other sanctions for their failure to comply with the Order for Pretrial Preparation.  The show cause hearing shall be held on **Monday, October 19, 2015 at 10:00 AM**.  Should the parties wish to provide a written response to this Order, they may do so on or before **October 14, 2015**.

**IT IS SO ORDERED.**

Dated:   09/29/15

_____
THELTON E. HENDERSON
United States District Judge

United States District Court
Northern District of California