UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE DALE PERCELLE,

Plaintiff,

v.

STEVEN PEARSON, et al.,

Defendants.

Case No. 12-cv-05343-TEH

**ORDER TO SHOW CAUSE**

On June 13, 2016, the parties in this case appeared for a second pre-trial conference. During the conference, the Court discussed with counsel the admissibility of certain evidence Plaintiff's counsel intended to offer at trial. Based on the discussion, the Court ruled that the evidence in question would not be admissible at trial. Plaintiff's counsel attempted to re-argue the admissibility of the evidence, but the Court made clear that its ruling was final, and that the Court would not argue with counsel on the matter. The Court confirmed that Plaintiff's counsel heard and understood its ruling, and stated that the Court and counsel would move on.

Despite the Court's clear statement that it would not hear argument on the matter, Plaintiff's counsel began to speak, in order to re-argue the admissibility of the evidence. The Court stated that it would have a hearing on whether to hold Plaintiff's counsel in contempt.

///
///
///
///
///

Accordingly, Plaintiff's counsel is hereby ORDERED to SHOW CAUSE as to why contempt sanctions should not be issued due to Plaintiff's counsel's failure to follow the Court's order to cease argument about the aforementioned evidentiary matter.  The show cause hearing shall be held on **Monday, August 1, 2016, at 2:30 PM** in Courtroom 2, 17th Floor of the Phillip Burton Federal Building.  Defendants' counsel need not appear at the hearing.  If Plaintiff's counsel wishes to file a written response, he must do so on or before **Friday, July 22, 2016**.

**IT IS SO ORDERED.**

Dated: 06/15/16                                      _____
                                                     THELTON E. HENDERSON
                                                     United States District Judge

2