UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE DALE PERCELLE,

    Plaintiff,

    v.

STEVEN PEARSON, et al.,

    Defendants.

Case No. 12-cv-05343-TEH

**ORDER VACATING CONTEMPT HEARING**

The Court has received Plaintiff's counsel's response to the Court's Order to Show Cause, filed on July 22, 2016. Docket No. 337. Having carefully considered Plaintiff's counsel's written response, the Court finds a hearing unnecessary at this time. Therefore, the August 1, 2016 hearing is hereby VACATED. The Court encourages Plaintiff's counsel to continue to heed the Court's written and oral orders, as the Court will not hesitate to reschedule the hearing if Plaintiff's counsel disrupts proceedings in a similar manner in the future.

**IT IS SO ORDERED.**

Dated: 07/25/16

_____
THELTON E. HENDERSON
United States District Judge