

1  William C. Dresser, 104375
   Law Offices of William C. Dresser
2  4 North Second Street, Suite 1230
   San Jose, California 95113
3  Tel:    408/279-7529
   Fax:   408/298-3306
4
   Attorneys for Plaintiff
5  Steven Dale Percelle

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  Steven Dale Percelle,                No: C 12-5343 TEH (EDL)

13              Plaintiff,               [proposed]
                                         Judgment on Jury Verdict
14       vs.
                                         Hon. Judge Thelton E. Henderson
15  S. Pearson, D. Arredondo, M. Williams,
    and D. Fletcher,                     Trial commenced:  December 6, 2016
16
                Defendants.
17  _____/

18       Based on the December 21, 2016 jury verdict in this case, judgment is entered in

19  favor of plaintiff Steven Dale Percelle and jointly and severally in the amount of three

20  hundred thirty-five thousand dollars ($335,000.00) against Defendants Officer Steven

21  Pearson, Officer Derek Arredondo, Sergeant Michael Williams and Lieutenant Dylan

22  Fletcher for compensatory damages.  Based on the December 21, 2016 jury verdict in

23  this case, judgment is further entered in favor of  plaintiff Steven Dale Percelle and

24  without joint and several liability against Defendant Officer Steven Pearson in the amount

25  of fifty thousand dollars ($50,000.00) for exemplary damages, additionally against Officer

26  Derek Arredondo in the amount of fifty thousand dollars ($50,000.00) for exemplary

27  damages, additionally against Sergeant Michael Williams in the amount of fifty thousand

28

dollars ($50,000.00) for exemplary damages, and additionally against Lieutenant Dylan Fletcher in the amount of fifty thousand dollars ($50,000.00) for exemplary damages.

Plaintiff may submit for consideration by the Court pursuant to Civil Local Rule 54, to FRCP Rule 54 and 28 USC section 1920, and to 42 USC sections 1983 and 1988, a bill of cost and/or motion(s) or application(s) for recovery of costs and for recovery of fees, costs and expenses.


JUDGMENT SHALL BE AND IS SO ORDERED, ADJUDGED AND DECREED:


Dated:  __1/3/2017__


_____
Hon. Thelton E. Henderson, Judge
United States District Court


Percelle\Pld\proJudgment.c29